UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Original Plan

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☒ seventh _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Lourdes Rojas Guillen      JOINT DEBTOR: _____      CASE NO.: 19-24294-BKC-AJC

SS#: xxx-xx- 7796                   SS#: xxx-xx- _____

### I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ☒ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ☒ Not included |
| Nonstandard provisions, set out in Section IX | ☐ Included | ☒ Not included |

### II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $105.71         for months  01  to  24  ;
2. $8,705.13       for months  25  to  29  ;
3. $8,616.24       for months  30  to  84  ;

**B. DEBTOR(S)' ATTORNEY'S FEE:**      ☐ NONE      ☐ PRO BONO

| Total Fees: | $2,500.00 | Total Paid: | $1,500.00 | Balance Due: | $1,000.00 |
|---|---|---|---|---|---|
| Payable | $25.00 | /month (Months 1 to 24) | | | |
| Payable | $80.00 | /month (Months 25 to 29) | | | |

Allowed fees under LR 2016-1(B)(2) are itemized below:

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

### III. TREATMENT OF SECURED CLAIMS      ☐ NONE

**A. SECURED CLAIMS:**      ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: PHH Mortgage Corporation c/o HSBC Bank, N.A.

   Address: PHH Mortgage Services
   PO Box 6459
   Mt. Laurel, NJ 08054

   | | | |
   |---|---|---|
   | Arrearage/ Payoff on Petition Date | $252,026.20 | |
   | MMM Adequate Protection | $70.14 | /month (Months 01 to 24) |
   | Arrears Payment (Cure) | $4,200.44 | /month (Months 25 to 84) |

LF-31 (rev. 06/04/21)                                Page 1 of 2

Debtor(s): Lourdes Rojas Guillen   Case number: 19-24294-BKC-A

| Last 4 Digits of Account No.: 8252 | Regular Payment (Maintain) | $3,454.18 /month (Months 25 to 84) |
|---|---|---|

Other: _____

☒ Real Property

   ☒ Principal Residence

   ☐ Other Real Property

Address of Collateral:
9161 SW 181 Terrace
Palmetto Bay, Florida 33157

☐ Personal Property/Vehicle

Description of Collateral:

Check one below for Real Property:

☒ Escrow is included in the regular payments

☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

    **B. VALUATION OF COLLATERAL:**  ☒ NONE

    **C. LIEN AVOIDANCE**  ☒ NONE

    **D. SURRENDER OF COLLATERAL:**  ☒ NONE

    **E. DIRECT PAYMENTS**  ☒ NONE

**IV. TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]  ☒ NONE

**V. TREATMENT OF UNSECURED NONPRIORITY CREDITORS**  ☐ NONE

    **A.** Pay  $100.00  /month (Months 25 to 84)

    Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

    **B.** ☒ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

    **C. SEPARATELY CLASSIFIED:**  ☒ NONE

**VI. STUDENT LOAN PROGRAM**  ☒ NONE

**VII. EXECUTORY CONTRACTS AND UNEXPIRED LEASES**  ☒ NONE

**VIII. INCOME TAX RETURNS AND REFUNDS:**  ☒ NONE

**IX. NON-STANDARD PLAN PROVISIONS**  ☒ NONE

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Lourdes Rojas Guillen    Debtor    October 29, 2021
Lourdes Rojas Guillen                   Date

                                        Joint Debtor _____
                                                       Date

/s/ Christian Diaz, Esquire    October 29, 2021
Attorney with permission to sign on    Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**